**88-652.** Thompson v. Thompson. *Franklin County,* No. 87AP-722. On motion to withdraw as counsel. Motion granted.

**88-729.** State v. Hull. *Cuyahoga County,* Nos. 51853 and 54490. Reported at 37 Ohio St. 3d 705, ____ N.E. 2d ____. On motion to reconsider denial of bond. Motion denied.

**88-962.** Webster v. Staats. *Franklin County,* Nos. 87AP-391 and 87AP-392. On motion for leave to file notice of appeal instanter. Motion granted.

H. Brown, J., dissents.

**88-984.** State v. Stewart. *Lucas County,* No. L-87-194. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Locher and Holmes, JJ., dissent.

On motion to produce or transmit record. Motion denied.

**88-992.** Coop v. Rivers. *Franklin County,* No. 87AP-915. On motion to amend memorandum in support of jurisdiction. Motion granted.

**88-997.** State v. McGhee. *Cuyahoga County,* No. 42896. On motion for leave to file delayed appeal. Motion denied.

**88-1006.** State v. Collins. *Cuyahoga County,* No. 51627. On motion for leave to file delayed appeal. Motion denied.

**88-1009.** Cook v. Mayfield. *Miami County,* No. 86-CA-23. On motion for leave to file notice of appeal instanter. Motion granted.

Moyer, C.J., and Wright, J., dissent.

**88-1026.** State v. Fambro. *Clark County,* No. 86 CR 295. On motion for leave to file delayed appeal. Motion denied.

**88-1032.** State v. Binns. *Franklin County,* No. 87AP-241. On motion for leave to file delayed appeal. Motion granted.

Locher and Holmes, JJ., dissent.

**88-1034.** Mather v. Toledo. *Lucas County,* No. L-87-209. On motion for leave to file notice of appeal instanter. Motion granted.

H. Brown, J., dissents.

**88-1060.** State v. Kurtz. *Auglaize County,* No. 2-86-12. On motion for leave to file delayed appeal. Motion granted.